IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KERVIN GOODWIN, #168 193, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-531-TMH |
| | ) [WO] |
| KELVIN WASHINGTON, COI, | ) |
| Defendant. | ) |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 9, 2009 (Doc. 21), and upon an independent review of the file in this case, it is CONSIDERED and ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 21) be ADOPTED;

2. Plaintiff's Motion to Dismiss (Doc. 20) be GRANTED;

3. This case be DISMISSED without prejudice; and

4. No costs be taxed herein.

Done this 28th day of January, 2009.

/s/ **Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE